## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13:

**DOROTHY JEAN LEE**                                  10-03134-NPO
**660 WEST MADISON STREET**
**YAZOO CITY, MS 39194**

### ORDER DISMISSING CASE

**THIS MATTER** came before the court previously and an order was entered (**Docket # 28**) requiring the debtor to not become more than sixty days delinquent. The debtor is currently more than sixty days delinquent in plan payments to the Trustee. Thus, having considered the matter, the court finds the case should be dismissed.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the bankruptcy petition filed by **DOROTHY JEAN LEE** is hereby dismissed. Further, the debtor shall be barred from filing under Chapter 13 for a period of one hundred and eighty days (180) from the entry of the Order of Dismissal.

**SO ORDERED**

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: May 26, 2011

**SUBMITTED BY:**

_____
VALORRI C. JONES, MSB#100853
ATTORNEY FOR CHAPTER 13 TRUSTEE
JAMES L. HENLEY, JR.,
P. O. BOX 31980
JACKSON, MS 39286-1980
(601) 981-9100
jlhenley@jlhenleych13.net